UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES of AMERICA** ) ) ) v. ) ) **FREDINE JEAN-BAPTISTE,** ) ) **Defendant.** ) ) | **Criminal No.** **06-40005-FDS** |

ORDER ON DEFENDANT'S MOTION
TO MODIFY TERM OF IMPRISONMENT

**SAYLOR, J.**

On motion of the defendant pursuant to 18 U.S.C. § 3582(c)(2), pursuant to a joint sentencing recommendation, and after considering the sentencing factors set forth in 18 U.S.C. § 3553(a), the term of imprisonment of defendant Fredine Jean-Baptiste is hereby reduced from 33 months to 24 months. If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "time served" sentence. All other components of defendant's sentence, including the requirement that she serve a four-year term of supervised release, shall remain the same.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: March 20, 2008                United States District Judge